IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACY NEIL TRUELOVE, | § | |
|     Petitioner, | § | |
| | § | 3:16-CV-1114-D |
| v. | § | 3:14-CR-121-D |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## JUDGMENT

The court has entered its order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge in this case.

It is therefore ordered and adjudged that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255 is granted, and petitioner's sentence is vacated. The court will set a new sentencing hearing and enter an appropriate scheduling order.

It is further ordered that the clerk transmit a true copy of this judgment, together with a true copy of the order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge, to the parties.

Signed July 11, 2016.

                                                    SIDNEY A. FITZWATER
                                                  UNITED STATES DISTRICT JUDGE